IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| IN RE SEARCH WARRANT | ) | ~~Misc. No.~~ |
| | ) | 1:04-M-55M |
| | ) | |
| | ) | |

**MOTION TO SEAL**

Comes now the United States of America, by and through its attorneys, Craig N. Moore, United States Attorney, and James H. Leavey, First Assistant United States Attorney, and moves that the accompanying documents be sealed until further Order of this Court.

Respectfully submitted,

UNITED STATES OF AMERICA

By its attorneys,

CRAIG N. MOORE
United States Attorney

James H Leavey
JAMES H. LEAVEY
First Assistant U.S. Attorney

SO ORDERED:

David L. Martin
DAVID L. MARTIN
UNITED STATES MAGISTRATE JUDGE

DATE: 5-13-04

3