**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

IN RE SEARCH WARRANTS )
) Misc. No. 1:04-M-55M
) Misc. No. 1:04-M-56M

**GOVERNMENT'S MOTION TO LIFT SEALING ORDERS OF MAY 13, 2004**

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, and Mary E. Rogers, Assistant United States Attorney, and hereby moves that the sealing orders of May 13, 2004 be lifted on the Application for Search Warrant, Search Warrant, and Affidavit.

Respectfully submitted,

UNITED STATES OF AMERICA

By its Attorneys,
ROBERT CLARK CORRENTE
United States Attorney

MARY E. ROGERS
Assistant U.S. Attorney

Dated: February 17, 2006